**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

United States *
**Plaintiff,**
*
**v.** **Case No.** 1:26-cv-4499
*
Board of Education of Anne Arundel County
*
**Defendant.**

**ENTRY OF APPEARANCE IN A CIVIL CASE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the Defendant

I certify that I am admitted to practice in this Court.

10/28/2026
Date

Signature

Mary Rohmiller, #32576
Printed name and bar number

1717 Pennsylvania Ave., NW, Suite 1025; Washington, DC 20006
Address

mrohmiller@potomaclaw.com
Email address

202-558-5557
Telephone number

202-318-7707
Fax number